Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Kimberly R. Colombo (Cal. Bar No.: 210451)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JON CHILPIGIAN, et al.,<br><br>Defendants. | Case No. CIV. F-03-6227 OWW DLB<br><br>Hon. Oliver W. Wanger<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT JON CHILPIGIAN AND REQUEST TO RETAIN JURISDICTION; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc. ("DIRECTV") and Defendant Jon Chilpigian, through their respective counsel of record, that the above-captioned action be and hereby is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), **only** as to Defendant Jon Chilpigian. Each of said parties to bear its/his own costs and attorneys' fees.

The terms of the Confidential Settlement Agreement dated July 8, 2004 ("Agreement") entered into between the Defendant and DIRECTV require installment payments from Defendant, the last of which is not due to be received until July 2005. If the Defendant does not make the requisite payments under the Agreement when due, DIRECTV is authorized to seek the entry of a Judgment in this action against Defendant pursuant to a Stipulation for Entry of Judgment ("Stipulation") executed by the parties concurrently with the Agreement. The parties therefore have consented, and hereby further stipulate and consent to, the retention of jurisdiction

over them by this Court and to reference to a Magistrate Judge in this District for the purpose of enforcing the payment terms of the Agreement, including entering a Judgment against Defendant pursuant to the Stipulation. The parties therefore respectfully request that the Court retain such jurisdiction.

DATED: May __, 2005    Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation


By: _____
    Brandon Q. Tran
    Attorneys for Plaintiff DIRECTV, Inc.

DATED: May __, 2005    LAW OFFICE OF GEORGE H. HERMAN, III


By: _____
    George H. Herman, III
    Attorneys for Defendant Jon Chilpigian

# ORDER

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant Jon Chilpigian and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) Defendant Jon Chilpigian is hereby dismissed from this action without prejudice;

(2) Each of said parties to bear its/his own costs and attorney's fees; and

(3) The Court shall retain jurisdiction over DIRECTV and Defendant Jon Chilpigian to enforce the terms described above of the Settlement Agreement between those parties dated July 8, 2004 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

Dated:  May 11, 2005                                     /s/ OLIVER W. WANGER
                                                         _____
                                                         Honorable Oliver W. Wanger
                                                         Judge of the United States District Court
                                                         Eastern District of California